UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TINA MAHLE,**

    **Plaintiff,**

v.                                    Case No. 8:09-cv-2232-T-30TBM

**CERTEGY CHECKS SERVICES, INC.,**

    **Defendant.**
_____/

## ORDER

On April 12, 2010, Plaintiff Tina Mahle, filed an acceptance of Defendant Certegy Checks Services, Inc's Offer of Judgment. The accepted Offer of Judgment states Plaintiff will receive $1,000.00, plus costs and reasonable attorneys' fees incurred by Plaintiff in this action in an amount to be agreed upon by counsel for the parties, or if not so agreed, in an amount determined by the Court upon application by Plaintiff subject to any objections or responses by Defendant.

Therefore, Judgment is granted in favor of Plaintiff and against Defendant in the sum of $1,000.00, with jurisdiction reserved as to costs and reasonable attorneys' fees. The Clerk is directed to enter Judgment in favor of Plaintiff, terminate any pending motions as moot and close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 15, 2010.

*(signature)*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-2232.offer of judgment.frm